Commonwealth *v.* Gambrell, Appellant.

Submitted December 16, 1975. *Barnett S. Lotstein*, and *Seidman and Lotstein*, for appellant; *Martin L. Trichon*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.